Mario M. Marinelli and Vanie F. Marinelli, Plaintiffs-Appellants, v. Tri-Bilt Construction, Inc., an Illinois Corporation, Peter T. Triolo, Angela R. Triolo, Joseph Triolo and Margaret Triolo, Defendants-Appellees.

Gen. No. 11,622.

Second District, Second Division.

January 29, 1963.

Berry & Simmons, of Rockford (James Berry, of counsel), for appellants; Anthony R. Fabiano, of Rockford, for appellees. Opinion by JUDGE SPIVEY. Not to be published in full.